**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1480**

———————

EDWARD W. ANDERSON,

Plaintiff - Appellant,

v.

WASTE MANAGEMENT OF WILMINGTON; TAMMIE HOFFMAN; LAURA SNOW;
DONOVAN DUKES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Louise W. Flanagan,
District Judge.  (7:15-cv-00014-FL)

———————

Submitted:  October 18, 2016          Decided:  October 20, 2016

———————

Before WILKINSON, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward W. Anderson, Appellant Pro Se.   Monica E. Webb,
MCGUIREWOODS, LLP, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Anderson appeals the district court's order adopting the magistrate judge's recommendation and dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and we affirm for the reasons stated by the district court. Anderson v. Waste Mgmt. of Wilmington, No. 7:15-cv-00014-FL (E.D.N.C. Mar. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED